UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE PUENTES-PUENTES<br><br>  Petitioner<br><br>  v.<br><br>**SCARLET GRANT**, Warden, Cimarron Correctional Facility; **ROBERT CERNA,** Acting Field Office Director of Dallas Field Office, U.S. Immigration and Customs Enforcement; **KRISTI NOEM,** Secretary of the U.S. Department of Homeland Security; and **PAMELA BONDI**, Attorney General of the United States, in their official capacities<br><br>  Respondents. | Case No. _____<br><br>**PETITIONER'S EXHIIBIT INDEX IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS** |

### PETITIONER'S EXHIBIT INDEX IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

**Exhibit**      **Description**

**Exhibit 1**   ICE Detainee Locator Summary Showing Petitioner is Detained at Cimarron Correctional Facility.

**Exhibit 2**   Birth Certificate of Petitioner's U.S. Citizen Minor Child.

**Exhibit 3**   Petitioner's Employment Authorization Card.

**Exhibit 4**   Photos of Petitioner with his Family and Community.