

**Official Website of the Department of Homeland Security**

# U.S. Immigration and Customs Enforcement

Report Crimes: Email or Call 1-866-DHS-2-ICE

| Home | Who We Are | **What We Do** | Newsroom | Information Library | Contact ICE |

## Search Results: 1

**JOSE PROFIRIO PUENTES-PUENTES**

**Country of Birth :** Mexico
**A-Number:** 202191435
**Status :** In ICE Custody
**State:** OK
**Current Detention Facility:** Cimarron Correctional Facility

*\* Click on the Detention Facility name to obtain facility contact information*

[ BACK TO SEARCH > ]

### Related Information

**Helpful Info**
- Status of a Case
- About the Detainee Locator
- Brochure
- ICE ERO Field Offices
- ICE Detention Facilities
- Privacy Notice

**External Links**
- Bureau of Prisons Inmate Locator

