# Exhibit 2 - Birth Certificate of United States Citizen child

# CERTIFICATE OF LIVE BIRTH
### STATE OF OKLAHOMA-DEPARTMENT OF HEALTH

CERTIFICATE OF VITAL RECORD

| Field | Value |
|---|---|
| 1. CHILD'S NAME (First, Middle, Last, Suffix) | [REDACTED] PUENTES DIMAS |
| STATE FILE NO. 135- | [REDACTED] |
| 2. DATE OF BIRTH (Month, Day, Year) | AUGUST 14, 2013 |
| 3. TIME OF BIRTH | 16:55 |
| 4. SEX | MALE |
| 5a. FACILITY NAME | ST FRANCIS HOSPITAL |
| 6. CITY, TOWN OR LOCATION OF BIRTH | TULSA |
| 7. COUNTY OF BIRTH | TULSA |
| 5b. PLACE WHERE BIRTH OCCURRED | ☒ Hospital |
| 8a. ATTENDANT'S NAME AND TITLE | LANCE TAYLOR FRYE |
| TITLE | ☒ MD |
| 8b. ATTENDANT'S MAILING ADDRESS | [REDACTED], TULSA, OK 74136 |
| 9. STATE REGISTRAR'S SIGNATURE | Kelly M Baker |
| 10. DATE FILED WITH STATE REGISTRAR | [REDACTED] |
| 11a. CERTIFIER'S NAME AND TITLE | CECILIA T. GARCIA |
| TITLE | ☒ OTHER (Specify) BIRTH CLERK |
| 11b. DATE CERTIFIED | [REDACTED] |
| 12a. MOTHER'S CURRENT LEGAL NAME | DIANA DAMARIS DIMAS GUARDADO |
| 12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE | DIMAS GUARDADO |
| 12c. MOTHER'S DATE OF BIRTH | [REDACTED] |
| 12d. MOTHER'S BIRTHPLACE | MEXICO |
| 13. MOTHER'S RESIDENCE ADDRESS | 2220 S. 96TH E. AVE. APT. C, TULSA, OK 74129, County: TULSA, Inside City Limits? Yes |
| 14. MOTHER'S MAILING ADDRESS | Same as Residence |
| 15a. FATHER'S CURRENT LEGAL NAME | JOSE PORFIRIO PUENTES PUENTES |
| 15b. FATHER'S DATE OF BIRTH | [REDACTED] |
| 15c. FATHER'S BIRTHPLACE | MEXICO |
| 16a. Permission given to provide Social Security Administration with necessary birth information to issue a Social Security Number? | YES |
| 16b. Permission given to provide Oklahoma State Department of Health registries... | No |

VS 152 Revised 2009 B

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Tuesday, September 13, 2016 2:19:22 PM