# Exhibit 3 - Work Permit showing identity and compliance with the Immigration process

