Exhibit 4 - Photos of Petitioner with families and friends











