UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE PUENTES-PUENTES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-192-J |
| ) | |
| SCARLET GRANT, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

Petitioner's counsel, Melissa M. Henry, has moved for admission pro hac vice. Docs. 7, 10; *see* LCvR83.2(g). For good cause shown, Petitioner's Motion for Leave to Appear Pro Hac Vice is **GRANTED**, and Ms. Henry is admitted to practice before this Court for the limited purpose of participating in this case.[1]

**IT IS SO ORDERED** this 11th day of February, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Henry also requests waiver of Local Civil Rule 83.3, which requires "any attorney who is not a resident of, and does not maintain an office in, Oklahoma" to associate with local counsel "who is a resident of Oklahoma and maintains a law office within the State of Oklahoma, and who has been duly and regularly admitted to practice in this court" or to seek relief from this rule. LCvR83.3(a), (c). Ms. Henry appears to be a resident of and maintain a law office in Oklahoma. *See, e.g.,* Doc. 7 at 2 (Ms. Henry's signature page showing an Oklahoma City address). Accordingly, Ms. Henry does not need to comply with LCvR83.3.