**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSE PUENTES-PUENTES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-192-J** |
| | ) | |
| **SCARLET GRANT, Warden, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus.  Doc. 1.  On February 6, 2026, the Court ordered Respondents to respond to the Petition not later than February 13, 2026.  Doc. 6.  The Court further ordered that "if Respondents file an answer or other response, Petitioner may file a reply within 3 business days from the filing date." *Id.* (citation modified).  Respondents timely filed a Response on February 13, 2026.  Doc. 13.  After accounting for the federal holiday on February 16, 2026, Petitioner's Reply was due on February 19, 2026.  However, Petitioner did not file his Reply until February 21, 2026.[1]  Doc. 14.  Accordingly, Petitioner's Reply, Doc. 14, is **STRICKEN**.

However, given the time-sensitive nature of this case and Petitioner's liberty interests at issue, Petitioner may seek leave to re-file his Reply out of time **not later than 12:00 p.m. Central Time on Thursday, February 26, 2026**.  If Respondents oppose any

---

[1] Even if Petitioner was following Local Civil Rule 7.1(h) rather than this Court's Order, the Reply was filed out of time.  *See* LCvR 7.1(h) (allowing seven days to file a reply brief).

motion seeking leave to re-file out of time, Respondents must file any opposition **not later than 12:00 p.m. Central Time on Friday, February 27, 2026**.

    **IT IS SO ORDERED** this 25th day of February, 2026.

                       _____

                       CHRIS M. STEPHENS

                       UNITED STATES MAGISTRATE JUDGE