**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOSE PUENTES-PUENTES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-192-J |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or otherwise release him, and shall certify compliance within five business days.

IT IS SO ORDERED this 9th day of March, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE